Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RASTELLI REGALADO, | Case No. 2:22-cv-01309-RFB-NJK |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S SECOND STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL | Complaint Filed:  8/16/2022 |
| Defendants. | |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Rastelli Regalado ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on August 16, 2022, and currently, Experian's responsive pleading is due October 11, 2022.  (ECF No. 10.)  The second extension will allow Experian an opportunity to further investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly, Plaintiff and Experian stipulate and agree that Experian shall have an extension until October 14, 2022, to file its responsive pleading.

This is Experian's second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 11th day of October 2022.

| NAYLOR & BRASTER | PRICE LAW GROUP, APC |
|---|---|
| By: */s/ Benjamin Gordon*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Benjamin B. Gordon<br>Nevada Bar No. 15552<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 | By: */s/ Steven A. Alpert*<br>Steven A. Alpert<br>Nevada Bar No. 8353<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas, NV 89118<br><br>*Attorney for Plaintiff Rastelli Regalado* |

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

Dated this 13th day of October 2022.

_____
UNITED STATES MAGISTRATE JUDGE