Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant
Americredit Financial Services dba GM Financial*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rastelli Regalado,<br><br>            Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union LLC, and Americredit Financial Services dba GM Financial,<br><br>            Defendants. | Case No.    2:22-cv-01309-RFB-NJK<br><br>**JOINT MOTION AND PROPOSED ORDER TO EXTEND TIME FOR AMERICREDIT FINANCIAL SERVICES TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

The response of Defendant Americredit Financial Services dba GM Financial ("GM") to Plaintiff Rastelli Regalado's Complaint (ECF No. 1) is due October 17, 2022. GM has requested, and Plaintiff has agreed, that GM have up to and including October 27, 2022, to respond to Plaintiff's Complaint to provide time for GM to continue investigating Plaintiff's allegations, prepare a response, and explore the possibility of resolving Plaintiff's claims.

[*Continued on following page*]

This is the third request for an extension, and it is made in good faith and not for purposes of delay.

Dated: October 17, 2022

| BALLARD SPAHR LLP | PRICE LAW GROUP, APC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Americredit Financial Services dba GM Financial* | By: /s/ Steven Alpert<br>Steven A. Alpert<br>Nevada Bar No. 8353<br>5940 S. Rainbow Boulevard, Suite 3014<br>Las Vegas, Nevada 89118<br>alpert@pricelawgroup.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 18, 2022

2