# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RASTELLI REGALADO,<br><br>            Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>            Defendant(s). | Case No. 2:22-cv-01309-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 52, 56] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 52; *see also* Docket No. 20 (motion to dismiss). Plaintiff filed a response. Docket No. 54. Also pending before the Court is the parties' subsequent stipulation to stay discovery. Docket No. 56.

In considering the governing test, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court agrees that a stay of discovery is warranted.

Accordingly, the Court **GRANTS** the stipulation to stay discovery (Docket No. 56) pending resolution of the motion to dismiss. In the event the underlying motion to dismiss is not granted in full, a joint status report or joint discovery plan must be filed within 14 days of the resolution of the motion to dismiss. In light of that ruling, the Court **DENIES** as moot the earlier motion to stay discovery (Docket No. 52).

IT IS SO ORDERED.

Dated: April 3, 2023

_____
Nancy J. Koppe
United States Magistrate Judge