Michael Yancey III, NV # 16158
*Of Counsel for Price Law Group, APC*
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: 480-573-9272
F: 718-715-1750
E: myancey@consumerattorneys.com

Youssef Hammoud (pro hac vice)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: 818-600-5596
E: youssef@pricelawgroup.com

*Attorneys for Plaintiff*
*Rastelli Regalado*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RASTELLI REGALADO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL,<br><br>　　　　　Defendants. | **Case No.:** 2:22-cv-01309-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISMISSAL OF DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL** |

　　　　Plaintiff Rastelli Regalado ("Plaintiff") and Defendant Americredit Financial Services, Inc. d/b/a GM Financial, ("GM Financial") (collectively, the "Parties") hereby stipulate to and request additional time for the dismissal of Plaintiff's claims against GM Financial.

　　　　Plaintiff's claims against GM Financial were set to be dismissed with prejudice on May 28, 2023, pursuant to the Notice of Settlement dated March 28, 2023 (Doc. 53). The Parties

1

have diligently documented their settlement and expect that they will be able to fully perform the settlement terms (including a stipulated dismissal of GM Financial) within thirty (60) days after the current May 28, 2023, deadline.

Therefore, the Parties stipulate and request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Defendant Americredit Financial Services, Inc. d/b/a GM Financial, to July 27, 2023.

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of July, 2023.

| | |
|---|---|
| */s/ Youssef Hammoud* | */s/ David E. Chavez* |
| Youssef Hammoud (pro hac vice) | David E. Chavez |
| **Price Law Group, APC** | **Ballard Spahr LLP** |
| 6345 Balboa Blvd., Suite 247 | 1980 Festival Plaza Drive, Suite 900 |
| Encino, CA 91316 | Las Vegas, NV 89135 |
| T: 818-600-5596 | T: 702-471-7000 |
| E: youssef@pricelawgroup.com | E: chavezd@ballardspahr.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Rastelli Regalado* | *Americredit Financial Services, Inc. d/b/a GM Financial* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Marie Tirona*

2