Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, Trans Union LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RASTELLI REGALADO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL,<br><br>Defendants. | Case No. 2:22-cv-01309-RFB-NJK<br><br>**DEFENDANT TRANS UNION LLC'S STIPULATION FOR SUBSTITUTION OF COUNSEL** |

COMES NOW, Defendant Trans Union LLC ("Trans Union"), and hereby requests an order permitting Sarai L. Thornton, Esq. of the law firm Skane Mills LLP to be substituted as counsel in the place of Kurt R. Bonds, Esq. By signature below, Trans Union agrees to the substitution of Sarai L. Thornton, Esq. as counsel for Trans Union.

All filings, correspondence, and notices should be sent to the attention of Trans Union's counsel, whose contact information is as follows:

> Sarai L. Thornton, Esq.
> Skane Mills LLP
> 1120 Town Center Drive, Suite 200
> Las Vegas, Nevada 89144
> (702) 363-2535
> (702) 363-2534 Fax
> sthornton@skanemills.com

///

6451007.1

1

The currently known address and contact information of Defendant is as follows:

>Trans Union, LLC
>555 West Adams Street
>Chicago, Illinois 60661
>(312) 466-7356

The basis for this Stipulation is that Trans Union's current counsel is leaving Alverson, Taylor & Sanders and Trans Union wishes to retain different counsel. There will be no delay or prejudice suffered by any party as a result of this substitution.

WHEREFORE, Defendant Trans Union LLC respectfully requests that this Honorable Court grant the substitution of attorney Sarai L. Thornton, Esq. of the law firm Skane Mills LLP.

| SKANE MILLS LLP | ALVERSON TAYLOR & SANDERS |
|---|---|
| /s/ Sarai L. Thornton | /s/ Kurt R. Bonds |
| Sarai L. Thornton, Esq. (Bar No. 11067) | Kurt R. Bonds, Esq. (Bar No. 6228) |
| sthornton@skanemills.com | efile@alversontaylor.com |
| 1120 Town Center Drive, Suite 200 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89149 |
| T: (702) 363-2535 | T: (702) 384-7000 |
| Attorneys for, Trans Union LLC | Attorneys for, Trans Union LLC |

TRANS UNION LLC

/s/ Laura K. Rang
LAURA K. RANG
Senior Counsel for Trans Union LLC

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: August 8, 2023

6451007.1

2