**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RASTELLI REGALADO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL,<br><br>Defendants. | Case No.: 2:22-cv-01309-RFB-NJK<br><br>**ORDER** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Americredit Financial Services, Inc., d/b/a GM Financial ONLY, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: August 8, 2023

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1