1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   1700 Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada  89135
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
9

| | |
|---|---|
| RASTELLI REGALADO, | Case No. 2:22-cv-01309-RFB-NJK |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL | **SECOND REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 16th, 2023 through and including **October 30, 2023**.  The request was made by Equifax so that it can have an

/ /

/ /

/ /

/ /

/ /

opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 19th day of October, 2023.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 S. Pavillion Center Drive, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

*No opposition*

/s/Youssef H. Hammoud
Youssef H. Hammoud.
**Hammoud Law, P.C.**
3744 E. Chapman Ave., #12269
Orange, CA 92859
949-301-9692
Fax: 949-301-9693
Email: yh@lawhammoud.com

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: October 20, 2023

- 2 -