UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RASTELLI REGALADO,

            Plaintiff(s),

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

           Defendant(s).

Case # 2:22-cv-01309-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Dayme Sanchez, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of Jones Day
(firm name)

with offices at 1755 Embarcadero Road,
(street address)

Palo Alto, California, 94303,
(city) (state) (zip code)

650.739.3939, daymesanchez@jonesday.com.
(area code + telephone number) (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by Experian Information Solutions, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1       3.      That since <u>October 14, 2015</u>, Petitioner has been and presently is a
(date)

2 member in good standing of the bar of the highest Court of the State of <u>Florida</u>
(state)

3 where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4 from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5 possession of the United States in which the applicant has been admitted to practice law certifying

6 the applicant's membership therein is in good standing.

7       4.      That Petitioner was admitted to practice before the following United States District

8 Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9 of other States on the dates indicated for each, and that Petitioner is presently a member in good

10 standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Ninth Circuit | January 13, 2023 | |
| U.S. District Court, Northern District of California | December 20, 2018 | |
| U.S. District Court, Eastern District of California | February 6, 2023 | |
| U.S. District Court, Central District of California | June 29, 2023 | |
| U.S. District Court, Southern District of Florida | November 2, 2015 | |
| State Bar of Florida | October 14, 2015 | 119599 |
| State Bar of California | December 5, 2018 | 323864 |

      5.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California       )
                          )
COUNTY OF Santa Clara     )

Dayme Sanchez , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

12TH day of October, 2023.

_____
Notary Public or Clerk of Court

SUSAN OSTERTAG
Notary Public - California
Santa Clara County
Commission # 2369794
My Comm. Expires Aug 30, 2025

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Jennifer L. Braster ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

1050 Indigo Drive, Suite 200
(street address)

Las Vegas , Nevada , 89145 ,
(city)      (state)      (zip code)

702.420.7000 , jbraster@nblawnv.com .
(area code + telephone number)   (Email address)

4                                                Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Jennifer L. Braster as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Experian Information Solutions, Inc.
(type or print party name, title)

_____
(party's signature)
Michael Rozak, Vice President, Litigation Director
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
9982                    jbraster@nblawnv.com
Bar number              Email address

APPROVED:
Dated: this 25th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )          In Re:   0119599
                                       Dayme Sanchez
                                       Jones Day
                                       1755 Embarcadero Rd
                                       Palo Alto, CA 94303-3340

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 14, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  11th  day of **October, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-252253



# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

October 17, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAYME B. SANCHEZ, #323864 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2018 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records