Youssef Hammoud, CA #321934
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: 480-573-9272
F: 718-715-1750
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff*
*Rastelli Regalado*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RASTELLI REGALADO, | **Case No.:** 2:22-cv-01309-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL, | |
| Defendants. | |

//

1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Rastelli Regalado ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their counsel of record, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Trans Union. Plaintiff and Trans Union have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release.

**IT IS SO ORDERED**

Dated: January 19, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 16th day of January 2024,

| | |
|---|---|
| */s/ Youssef Hammoud* | */s/ Bernadette Rigo* |
| Youssef Hammoud, CA #321934 | Sarai L. Thornton, Esq. |
| **HAMMOUD LAW, P.C.** | Bernadette Rigo (Bar No. 7882) |
| 3744 E. Chapman Ave., #F12269 | Skane Mills LLP |
| Orange, CA 92859 | 1120 Town Center Drive, Suite 200 |
| T: (949) 301-9692 | Las Vegas, Nevada 89144 |
| F: (949) 301-9693 | (702) 363-2535 |
| E: yh@lawhammoud.com | (702) 363-2534 Fax |
| | sthornton@skanemills.com |
| Michael Yancey III, NV # 16158 | brigo@skanemills.com |
| **CONSUMER ATTORNEYS** | |
| 2300 West Sahara Ave, Suite 800 | *Attorneys for Defendant* |
| Las Vegas, NV 89102 | *Trans Union LLC* |
| E: myancey@consumerattorneys.com | |
| P: 480-573-9272 | |
| F: 718-715-1750 | |

*Attorneys for Plaintiff*
*Rastelli Regalado*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Roxanne Harris*