Youssef Hammoud, CA #321934
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: 480-573-9272
F: 718-715-1750
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff*
*Rastelli Regalado*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RASTELLI REGALADO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL,<br><br>　　　　　　　Defendants. | **Case No.:** 2:22-cv-01309-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

//

1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Rastelli Regalado ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Experian. Plaintiff and Experian have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release.

**IT IS SO ORDERED.**

Dated: February 7, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Stipulated to this 6th day of February 2024:

*/s/ Youssef Hammoud*
Youssef Hammoud, CA #321934
*Admitted pro hac vice*
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Ave, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

*Attorneys for Plaintiff*
*Rastelli Regalado*

By: */s/Dayme Sanchez*
Dayme Sanchez
*Admitted pro hac vice*
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
T: 650-739-3939
E: daymesanchez@jonesday.com

Jennifer L. Braster, NV # 9982
Benjamin B. Gordon, NV # 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
T: 702-420-7000
E: jbraster@nblawnv.com
E: bgordon@nblawnv.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Roxanne Harris*