Youssef Hammoud, CA #321934
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: 480-573-9272
F: 718-715-1750
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff*
*Rastelli Regalado*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RASTELLI REGALADO, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL, <br><br> Defendants. | **Case No.:** 2:22-cv-01309-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff Rastelli Regalado ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") (collectively, the "Parties") hereby stipulate to and request additional time for the dismissal of Plaintiff's claims against Equifax.

Plaintiff's claims against Equifax were set to be dismissed with prejudice on February

1

5, 2024, pursuant to the Notice of Settlement dated December 6, 2023 (Doc. 86) and the Court's Order (Doc. 87). The Parties have diligently documented their settlement and will be able to fully perform the settlement terms (including a stipulated dismissal of Equifax) within thirty (30) days after the current February 5, 2024, deadline.

Therefore, the Parties stipulate and request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Servies, LLC to **March 6, 2024.**

**IT IS SO ORDERED.**

Dated: February 7, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted this 6th day of February 2024.

| | |
|---|---|
| */s/ Youssef Hammoud* | By: */s/ Jennifer Brooks* |
| Youssef Hammoud, CA #321934 | Jennifer R. Brooks |
| *Admitted pro hac vice* | jrbrooks@seyfarth.com |
| HAMMOUD LAW, P.C. | SEYFARTH SHAW LLP |
| 3744 E. Chapman Ave., #F12269 | 700 Milam Street Suite 1400 |
| Orange, CA 92859 | Houston, Texas 77002-2812 |
| T: (949) 301-9692 | Telephone: (713) 225-2300 |
| F: (949) 301-9693 | Facsimile: (713) 225-2340 |
| E: yh@lawhammoud.com | *Counsel for Defendant* |
| | *Equifax Information Services LLC* |

Michael Yancey III, NV # 16158
CONSUMER ATTORNEYS
2300 West Sahara Ave, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750
*Attorneys for Plaintiff*
*Rastelli Regalado*

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

<em>/s/ Roxanne Harris</em>