Youssef Hammoud, CA #321934
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: 480-573-9272
F: 718-715-1750
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff*
*Rastelli Regalado*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RASTELLI REGALADO, | **Case No.:** 2:22-cv-01309-RFB-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL, | |
| Defendants. | |

//

1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Rastelli Regalado ("Plaintiff"), and Defendant Equifax Information Services, LLC ("Equifax"), by and through their counsel of record, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Equifax. Plaintiff and Equifax have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release. There are no defendants remaining in this matter.

**IT IS SO ORDERED.**

Dated: February 26, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Stipulated to this 26th day of February 2024:

| | |
|---|---|
| */s/ Youssef Hammoud* | By: */s/Jennifer R. Brooks* |
| Youssef Hammoud, CA #321934 | Jennifer R. Brooks |
| *Admitted pro hac vice* | jrbrooks@seyfarth.com |
| **HAMMOUD LAW, P.C.** | SEYFARTH SHAW LLP |
| 3744 E. Chapman Ave., #F12269 | 700 Milam Street Suite 1400 |
| Orange, CA 92859 | Houston, Texas 77002-2812 |
| T: (949) 301-9692 | Telephone: (713) 225-2300 |
| F: (949) 301-9693 | Facsimile: (713) 225-2340 |
| E: yh@lawhammoud.com | *Attorneys for Defendant Equifax Information Services, LLC* |

Michael Yancey III, NV # 16158
**CONSUMER ATTORNEYS**
2300 West Sahara Ave, Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
P: 480-573-9272
F: 718-715-1750

*Attorneys for Plaintiff*
*Rastelli Regalado*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Roxanne Harris*